AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| FRANKLIN JAMAAL SPEARS | Case Number: 8:08-CR-294-T-26MAP<br>USM Number: 08922-033 |
| / | Mary Mills, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of Conditions One, Two and Three of the terms of supervision. See below.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to notify 10 days prior to any change in residence in violation of Condition Number Six of the Standard Conditions of Supervision. | June 6, 2008 |
| 2 | Positive Urinalysis for Cocaine on May 19, 2008, in violation of Condition Number Seven of the Standard Conditions of Supervision. | May 19, 2008 |
| 3 | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition to participate in a program approved by the Probation Officer for treatment of narcotic addition or drug or alcohol dependency. | June 2, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: September 26th, 2008

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Date __September 26th, 2008__

AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

DEFENDANT: FRANKLIN JAMAAL SPEARS           Judgment - Page  2  of  2
CASE NUMBER: 8:08-CR-294-T-26MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *NINE (9) MONTHS. NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

__X__ The Court makes the following recommendations to the Bureau of Prisons:

Defendant serve term of imprisonment at FCI Coleman.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

___ at _____ a.m.   p.m.   on _____.

___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

___ before 2 p.m. on _____.

___ as notified by the United States Marshal.

___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL